IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEATRICE CULLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:20-CV-0739-E-BH |
| | ) | |
| JELENA MCWILLIAMS, | ) | |
| *Chairman FDIC Agency*, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss Plaintiff's Complaint and Brief in Support*, filed September 21, 2020 (doc. 21), is **GRANTED in part and DENIED in part**, the plaintiff's complaint is **DISMISSED** for failure to state a claim, but her motions for leave to file a first amended complaint and for an extension of time to serve the defendant are **GRANTED**. The plaintiff's proposed amended complaint is **DEEMED FILED** as of the date of this order, the action shall proceed on the amended complaint, and the plaintiff must effect service on the defendant within 30 days of the date of this order.

**SIGNED** this 4th day of May, 2021.

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**